1 **STEVEN D. BAUER**
Attorney at Law - SBN 50084
2 428 J Street - Suite 350
Sacramento, California 95814
3 Telephone: (916) 447-8262

4 Attorney for Defendant: **RCEY C. ARCIAGA**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Crim. S-01-292 FCD |
| Plaintiff, | ) | **ORDER TERMINATING PROBATION** |
| v. | ) | |
| **RECY C. ARCIAGA**, | ) | |
| Defendant, | ) | |

On October 2, 2006 the defendant filed a request with this court for the early termination of his probation. The matter was referred to the probation office for the Eastern District of California which has confirmed the factual averments in the request regarding the defendant's satisfactory performance during his probationary sentence. Based on this performance the probation office concurs in the defendant's request.

For Good Cause Appearing the defendant's probation is ordered terminated.

Dated: October 25, 2006

/s/ Frank C. Damrell Jr.
**FRANK C. DAMRELL, JR.**
U. S. District Judge